IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01828-WDM

STEPHEN A.. PARKS,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, et al.,

    Defendants.

---

**NOTICE OF DISMISSAL OF FIFTH CLAIM FOR RELIEF ONLY**

---

The court takes judicial notice that the parties have filed a Stipulated Motion to Dismiss Fifth Claim for Relief in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the fifth claim for relief is dismissed each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on October 18, 2006.

                        BY THE COURT:

                        s/ Walker D. Miller
                        United States District Judge