**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:  06-cv-01828-WDM-CBS** | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:  December 20, 2006** | **Courtroom Deputy:**  Ben Van Dyke |

| | |
|---|---|
| STEPHEN A. PARKS, | Wade H. Eldridge |
| **Plaintiff,** | |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, | Leah P. VanLandschoot |
| a foreign corporation, *et al.*, | Kristin Anderson |
| **Defendant(s).** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:     RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:        10:49 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:    Plaintiff's Motion for Leave to File Third Amended Complaint and
                     Certificate of Compliance with Local Rule 7.1 [filed September 27, 2006; doc.
                     11] is denied without prejudice for the reasons stated on the record.**

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE
SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties:  **February 12, 2007**.

Discovery Cut-off**:  June 18, 2007**.

Dispositive Motions deadline**:  July 20, 2007**.

Parties shall designate affirmative experts **on or before April 1, 2007.**

Parties shall designate rebuttal experts **on or before May 23, 2007.**

Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution.  The Court will instruct counsel at that time as to whether or not to file a discovery motion.

**SETTLEMENT CONFERENCE**  is set for **April 3, 2007 at 1:30 p.m.**
Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.

Each party shall submit an Updated Confidential Settlement Statement to Magistrate Judge Shaffer **on or before March 28, 2007** outlining the facts and issues in the case and the party's settlement position. In addition, each party shall disclose what it is willing to offer or accept in settlement.

The brief Updated Settlement Statements (15 pages or less) shall be sent via e-mail in a PDF format to **Shaffer_Chambers@cod.uscourts.gov**  All additional settlement material (*i.e.* deposition transcripts, documents) shall be submitted to the court as hard copies. Counsel shall indicate in their e-mail if they are submitting additional information for the Court to read. Any additional material shall be delivered to the Office of the Clerk of the Court in an envelope marked "PERSONAL PER MAGISTRATE JUDGE SHAFFER'S INSTRUCTIONS."

**FINAL PRETRIAL CONFERENCE**  is set for **November 26, 2007 at 9:15 a.m.**
Final Pretrial Order is due **no later than FIVE DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

!   Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in recess:**     **11:49 a.m.**
Total time in court:    01:00