IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01828-WDM-CBS

STEPHEN A. PARKS,

      Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, et al.,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED Plaintiff's Unopposed Motion to Amend Complaint to Add Premises Claim and Remove Other Claims Against Schindler (*doc. no. 27)* is **GRANTED**.

      As of the date of this order, the clerk's office is instructed to accept for filing, the Fourth Amended Complaint and Jury Demand (*doc no. 27-2*) tendered to the court on February 8, 2007.

**DATED:**      February 9, 2007