**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-01828-WDM-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   March 22, 2007** | **Courtroom Deputy:** Shelley Moore |

STEVEN PARKS,                                                       Wade H. Eldridge
                                                                               Kurt E. Walberg

    **Plaintiff(s),**

    v.

U.S. BANK NATIONAL ASSOCIATION, and          Hillary D. Wells
SCHINDLER ELEVATOR CORPORATION,              Kristin Anderson

    **Defendant(s).**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in Session: 9:01 a.m.**
Court calls case.  Appearances of counsel.

| | |
|---|---|
| 9:02 a.m. | Mr. Walberg presents argument on the Plaintiff's Motion to Amend Complaint (document 31). |
| 9:08 a.m. | Ms. Wells presents responsive argument on behalf of Defendant U.S. Bank National Association. |
| 9:19 a.m. | Ms. Anderson presents responsive argument on behalf of Defendant Schindler Elevator Corporation. |
| 9:31 a.m. | The Court makes remarks. |

**ORDERED:**  Plaintiff's Motion to Amend Complaint (document 31) is GRANTED for the reasons stated on the record.  The fifth amended complaint shall be deemed filed as of today's date.

Counsel are advised that objections to the above ruling shall be filed within ten days of today's date.

9:39 a.m.         Mr. Eldridge states that Plaintiff intends to further motion the Court to add a loss of consortium claim.

9:45 a.m.         Mr. Walberg makes comments regarding the expert disclosure deadline.

HEARING CONCLUDED.

**Court in Recess**: 9:51 a.m.
Total In-Court Time:    00:50