IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-01828-WDM-CBS

STEVEN PARKS,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION,

    Defendant.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    With the filing of the Fifth Amended Complaint, the motion for judgment on the pleadings (doc. no. 26) is moot.

Dated: March 22, 2007

                                    s/ Jane Trexler, Judicial Assistant